# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Collier, Lacey A. | Northern District of Florida | 12/31/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior US District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

One North Palafox Street
Pensacola, FL 32502

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee and Director | Naval Aviation Museum Foundation |
| 2. | Member, Board of Directors | Florida State University College of Medicine, West Florida, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collier, Lacey A. | 12/31/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collier, Lacey A. | 12/31/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collier, Lacey A. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 24702RAJ0 Dell Technologies Bond | A | Interest | | | Redeemed | 06/15/19 | J | | |
| 2. 01748XAA0 Allegiant Travel Bond | A | Interest | | | Sold | 05/13/19 | K | A | |
| 3. 156700AN6 CenturyLink Bond | A | Interest | | | Redeemed | 09/15/19 | J | | |
| 4. 268648AQ5 Dell EMC Bond | A | Interest | J | T | | | | | |
| 5. 451102AX5 Icahn Enterprises Bond | | | | | Buy (add'l) | 01/09/19 | J | | |
| 6. 451102AX5 Icahn Enterprises Bond | B | Interest | | | Redeemed | 08/01/19 | K | | |
| 7. 852061AR1 Sprint Bond | A | Interest | | | Sold | 07/26/19 | J | A | |
| 8. 577081AT9 Mattel Bond | | None | | | Sold | 02/22/19 | J | A | |
| 9. 24702RAQ4 Dell Technologies Bond | A | Interest | J | T | | | | | |
| 10. 00101JAK2 ADT Security Bond | A | Interest | | | Sold | 10/09/19 | J | A | |
| 11. 03674PAL7 Antero Resources Bond | A | Interest | | | Sold | 08/08/19 | J | | |
| 12. 451102BF3 Icahn Enterprises Bond | | | | | Buy | 06/26/19 | K | | |
| 13. 451102BF3 Icahn Enterprises Bond | | | | | Buy (add'l) | 07/09/19 | J | | |
| 14. 451102BF3 Icahn Enterprises Bond | A | Interest | K | T | | | | | |
| 15. T (AT&T stock) | A | Dividend | | | Sold | 11/20/19 | K | C | |
| 16. ADS (Alliance Data Systems stock) | A | Dividend | | | Sold | 10/24/19 | J | | |
| 17. GOOGL (Alphabet stock) | | | K | T | Buy (add'l) | 04/30/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collier, Lacey A.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MO (Altria Group stock) | A | Dividend | J | T | | | | | |
| 19. AAPL (Apple Inc. stock) | A | Dividend | K | T | | | | | |
| 20. AINC (Ashford Inc. stock) | | None | | | Sold | 08/09/19 | J | | |
| 21. BRKB (Berkshire Hathaway stock) | | None | L | T | Buy (add'l) | 08/02/19 | K | | |
| 22. BLK (Blackrock Inc. stock) | A | Dividend | | | Sold | 06/27/19 | J | B | |
| 23. BKNG (Booking Holdings Inc. stock) | | None | K | T | Buy (add'l) | 01/08/19 | J | | |
| 24. COF+D (Capital One Preferred 6.7% stock) | A | Dividend | | | Redeemed | 12/02/19 | J | | |
| 25. CAH (Cardinal Health Inc. stock) | A | Dividend | | | Sold | 05/31/19 | J | | |
| 26. SCHW (Charles Schwab Corp. stock) | | | | | Buy | 05/23/19 | K | | |
| 27. SCHW (Charles Schwab Corp. stock) | | None | K | T | Sold (part) | 11/21/19 | J | A | |
| 28. CHTR (Charter Communications stock) | | None | K | T | | | | | |
| 29. CMCSA (Comcast Corp. stock) | A | Dividend | J | T | | | | | |
| 30. DG (Dollar General Corp. stock) | A | Dividend | K | T | | | | | |
| 31. ENB (Enbridge Inc. stock) | B | Dividend | K | T | Buy (add'l) | 06/26/19 | J | | |
| 32. FCAU (Fiat Chrysler Auto stock) | C | Dividend | J | T | Sold (part) | 11/04/19 | J | A | |
| 33. JNJ (Johnson & Johnson stock) | A | Dividend | J | T | | | | | |
| 34. KEWL (Keweenaw Land Assocation stock) | | None | | | Sold | 08/12/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collier, Lacey A.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. LENB (Lennar Corp. stock) | A | Dividend | K | T | | | | | |
| 36. MCK (McKesson Corp. stock) | A | Dividend | | | Sold | 05/31/19 | J | | |
| 37. NSRGY (Nestle stock) | | None | | | Sold | 02/28/19 | J | B | |
| 38. PM (Philip Morris International stock) | A | Dividend | J | T | | | | | |
| 39. PPT (Putnam Premier Income Trust CEF) | B | Dividend | J | T | | | | | |
| 40. QCOM (Qualcomm Inc. stock) | A | Dividend | | | Sold | 05/02/19 | K | D | |
| 41. SVIN (Scheid Vineyards stock) | | None | | | Sold | 12/16/19 | J | | |
| 42. SO (Southern Company stock) | A | Dividend | K | T | Buy (add'l) | 12/31/19 | J | | |
| 43. SBUX (Starbucks Corp. stock) | | None | | | Sold | 01/28/19 | J | A | |
| 44. UPS (United Parcel Service stock) | A | Dividend | J | T | Sold (part) | 07/24/19 | J | A | |
| 45. UTX (United Technologies stock) | A | Dividend | K | T | | | | | |
| 46. WMT (Wal-Mart Stores stock) | A | Dividend | K | T | Sold (part) | 04/12/19 | J | B | |
| 47. DIS (Walt Disney Co. stock) | A | Dividend | K | T | Sold (part) | 07/18/19 | J | B | |
| 48. WFC (Wells Fargo Bank stock | A | Dividend | K | T | | | | | |
| 49. PGX (Invesco Preferred ETF) | A | Dividend | | | Sold | 02/01/19 | K | | |
| 50. RYT (Invesco S&P 500 Equal Weight Tech ETF) | A | Dividend | J | T | | | | | |
| 51. CWI (SPDR MSCI ACWI Ex-US ETF) | | None | | | Sold | 01/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collier, Lacey A. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DBCMX (DoubleLine Strategic Commodity Fund) | | None | | | Sold | 03/07/19 | J | | |
| 53. NLY (Annaly Capital Management REIT) | A | Dividend | J | T | | | | | |
| 54. BX (Blackstone Group LP) | A | Dividend | K | T | | | | | |
| 55. CLNY+E (Colony Capital Preferred 8.75%) | B | Dividend | K | T | Buy (add'l) | 03/15/19 | J | | |
| 56. AER (Aercap Holdings stock) | | None | J | T | Buy | 09/18/19 | J | | |
| 57. ATUS (Altice USA Inc. stock) | | None | K | T | Buy | 11/19/19 | K | | |
| 58. FB (Facebook Inc. stock) | | None | J | T | Buy | 01/11/19 | J | | |
| 59. KKR (KKR & Co., Inc. stock) | A | Dividend | K | T | Buy | 08/12/19 | K | | |
| 60. MSG (Madison Square Garden Co. stock) | | None | J | T | Buy | 08/21/19 | J | | |
| 61. SAVE (Spirit Airlines stock) | | None | K | T | Buy | 10/31/19 | K | | |
| 62. SRC (Spirit Realty Capital REIT) | A | Dividend | K | T | Buy | 05/29/19 | J | | |
| 63. UNH (UnitedHealth Group Inc. stock) | A | Dividend | K | T | Buy | 11/05/19 | K | | |
| 64. DSEEX (DoubleLine Shiller Enhanced CAPE Fund) | A | Dividend | J | T | Buy | 08/05/19 | J | | |
| 65. CELG (Celgene Corp. stock) | | None | | | Buy | 03/18/19 | J | | |
| 66. CELG (Celgene Corp. stock) | | | | | Sold | 03/29/19 | J | A | |
| 67. CMPR (Cimpress stock) | | None | | | Buy | 01/31/19 | J | | |
| 68. CMPR (Cimpress stock) | | | | | Sold | 05/20/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collier, Lacey A. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. KHC (Kraft Heinz Co stock) | | | | | Buy | 02/22/19 | J | | |
| 70. KHC (Kraft Heinz Co stock) | A | Dividend | | | Sold | 08/08/19 | J | | |
| 71. KTB (Kontoor Brands Inc. stock) | | | | | Buy | 07/17/19 | J | | |
| 72. KTB (Kontoor Brands Inc. stock) | A | Dividend | | | Sold | 10/11/19 | J | A | |
| 73. MLNX (Mellanox Tech Ltd stock) | | | | | Buy | 03/26/19 | J | | |
| 74. MLNX (Mellanox Tech Ltd stock) | | None | | | Sold | 05/17/19 | J | A | |
| 75. DWDP (DowDuPont stock) | A | Dividend | | | Buy | 02/04/19 | J | | |
| 76. CTVA (Corteva stock) | | | | | Spinoff (from line 75) | 06/01/19 | J | | |
| 77. CTVA (Corteva stock) | A | Dividend | J | T | Buy (add'l) | 10/31/19 | J | | |
| 78. DOW (Dow Inc. stock) | A | Dividend | J | T | | 04/01/19 | J | | |
| 79. DD (Dupont De Nemours stock) | A | Dividend | J | T | | 06/03/19 | J | | |
| 80. NFCU Share Savings Account | A | Interest | M | T | | | | | |
| 81. Suntrust Bank Accounts | A | Interest | M | T | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collier, Lacey A.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collier, Lacey A. | 12/31/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Lacey A. Collier**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544